

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-17-00594-CV

Josh Michael **CRUZ,**
Appellant

v.

Alicia **CRUZ,**
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0953-CV
Jessica Crawford, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file their brief is granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court